KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
VIRGINIA I. PAPAN
Deputy Attorney General
State Bar No. 143659
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5956
  Fax: (415) 703-5843
  E-mail: Gina.Papan@doj.ca.gov
*Attorneys for Defendants*
*J. Rodriguez and H. Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EUGENE HAMILTON,<br><br>                 Plaintiff,<br><br>v.<br><br>J. RODRIGUEZ, et al.,<br><br>                 Defendants. | C 12-4697 PJH (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)) AND** ~~PROPOSED~~ **ORDER**<br><br>Judge:    The Honorable<br>           Phyllis J. Hamilton<br><br>Trial Date:  None<br><br>Action Filed: January 14, 2013 |

     Plaintiff Eugene Hamilton and Defendants J. Rodriguez and H. Gonzalez have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

     Each party shall bear its own litigation costs and attorney's fees.

1

It is so stipulated.

Dated: 11/7/2014

_____
EUGENE HAMILTON, PRO SE PLAINTIFF

Dated: 11-7-14

_____
VIRGINIA I. PAPAN
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants*
J. RODRIGUEZ AND H. GONZALEZ

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED**.

Dated: 11/13/14

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

SF2013205753
41123403.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] & Proposed Order  (C 12-4697 PJH (PR))